**DENY and Opinion Filed March 21, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01370-CV**

**IN RE TARA MCDANIEL, Relator**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-07909**

# MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Kennedy
Opinion by Justice Reichek

In her December 28, 2022 petition for writ of mandamus, relator complains that the trial court abused its discretion by (1) denying her plea in abatement and (2) disqualifying her attorney Aaron Cartwright. We strike the petition in part and deny the remainder of the petition.

At the threshold, we strike the portion of the petition seeking mandamus relief from the denial of relator's plea in abatement. Because we questioned whether Cartwright may represent relator in this original proceeding in light of the trial court's disqualification order, we requested letter briefing regarding this issue. After reviewing the parties' submissions, we conclude that Cartwright is prohibited from representing relator in this mandamus proceeding with respect to the abatement issue

because it is part of the underlying matter and the trial court's disqualification order, which has not been stayed, remains in effect.

In any event, relator has failed to show her entitlement to mandamus relief for both issues. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the record before us, we conclude that relator has not made this showing for both issues.

Accordingly, we strike the petition in part and deny the remainder of the petition. *See* TEX. R. APP. P. 52.8(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

221370F.P05